Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: sempers@ballardspahr.com

*Attorneys for Defendant US BANK NATIONAL ASSOCIATION, as Trustee*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SRMOF II 2012-1 TRUST, US BANK TRUST NATIONAL ASSOCIATION, as Trustee, an unknown business entity; MTC FINANCIAL INC. dba TRUSTEE CORPS, a California corporation, DOE individuals I through XX, ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-02194-APG-VCF<br><br>**JOINT MOTION TO EXTEND TIME TO FILE DISCOVERY PLAN** |

Plaintiff LAS VEGAS DEVELOPMENT GROUP, LLC, ("Plaintiff") and Defendant U.S. Bank National Association, as Trustee for SRMOF II 2012-1 Trust, ("U.S. Bank" and collectively "the Parties"), by and through their undersigned counsel of record, hereby submit their Joint Motion to Extend Time to File Discovery Plan, stating as follows:

1.  The instant action is primarily a declaratory judgment and quiet title-type action related to the force, effect and interpretation of NRS 116.3116 et seq. The

1  real property at issue herein is commonly known as 5259 Aurora Beam Avenue, Las
2  Vegas, Nevada 89122.

3     2.   This action was originally filed in the Eighth Judicial District Court of
4  Clark County, Nevada, but subsequently removed to this Court by the United States
5  Attorney on behalf of the Department of Housing and Urban Development ("HUD").
6  HUD subsequently disclaimed any interest in the Property or the deed of trust at
7  issue pursuant to a Stipulation and Order entered herein on February 13, 2014 [Dkt
8  No. 9]. HUD was dismissed from the action pursuant to said Stipulation and Order
9  and a Second Amended Complaint was filed.

10    3.   On February 27, 2015, Ballard Spahr LLP associated in as counsel of
11 record for Defendant U.S. Bank, N.A. as Trustee for SRMOF II 2012-1 Trust [Dkt.
12 27]. That same day, the parties submitted a Joint Status Report in response to the
13 Court's January 29, 2015 Notice Regarding Intent to Dismiss for Want of Prosecution
14 [Dkt. 28].

15    4.   In response to the parties' Joint Status Report, on March 3, 2015, the
16 Court issued a Minute Order directing the parties to submit a proposed discovery
17 plan and scheduling order by March 30, 2015.

18    5.   Ballard Spahr LLP has reason to believe that one or more entities other
19 than or in addition to the currently named Defendant possesses or claims to possess
20 an interest in the real property and/or deed of trust at issue herein.

21    6.   Although Ballard Spahr LLP has made diligent efforts to determine the
22 correct entity or entities to be named, it has received conflicting information and has
23 not yet determined who holds an interest in the property.

24    7.   As a result of this conflicting information, Ballard Spahr LLP has not
25 yet been able to prepare and file a responsive pleading herein.

26    8.   In order to provide sufficient time to identify and prepare an answer on
27 behalf of the correct entity, the parties hereby agree to extend the deadline to amend
28 their respective pleadings as necessary, conduct a supplemental 26(f) conference and

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

submit a discovery plan and scheduling order by an additional 30 days from the date of the filing of this Joint Motion.

DATED this 30th day of March, 2015.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Timothy Rhoda<br>Roger P. Croteau<br>Nevada Bar No. 4958<br>Timothy Rhoda<br>Nevada Bar No. 7878<br>9120 West Post Road<br>Suite 100<br>Las Vegas, NV 89148<br>*Attorney for Las Vegas Development Group, LLC* | By: /s/ Sylvia Semper<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Sylvia O. Semper<br>Nevada Bar No. 12863<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106-4617<br>*Attorney for Defendant U.S. Bank National Association, as Trustee* |

**IT IS SO ORDERED**

_____
U.S. MAGISTRATE JUDGE
DATE:   March 31, 2015

DMWEST #11839591 v1            3